1  STEVEN KALAR
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant BEALL
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,           )    No. CR 12-545 JSW (LB)
                                       )
11                 Plaintiff,          )
                                       )    SECOND STIPULATION AND
12 v.                                  )    [PROPOSED] ORDER TO MODIFY
                                       )    CONDITIONS OF RELEASE
13                                     )
   JOSEPH BEALL,                       )
14                                     )
                   Defendant.          )
15 _____    )

16         On August 9, 2012, defendant Joseph Beall was released on a $100,000 unsecured bond

17 to reside in the third party custody of an individual who signed his bond. As a condition of

18 release, Mr. Beall was placed on electronic monitoring. He was originally permitted to leave his

19 residence for medical or legal visits only. On September 26, 2012, the Court modified Mr.

20 Beall's conditions of release to permit him to leave his residence during weekdays for the

21 primary purpose of securing employment. Since the new condition took effect, Mr. Beall has

22 secured employment at Labor Ready, a temporary employment agency. Mr. Beall reports to

23 Labor Ready every morning at 5:30 a.m. and, if a work assignment is available, he works that

24 day. If not, he returns home within his curfew hours. Mr. Beall has been compliant with all of

25 his conditions of release and he has not had any violations. Mr. Beall now requests that the

26 Court further modify his conditions to permit him to spend time with friends and family on

1  Saturdays.  He has shown his ability and desire to comply with his conditions, and he has made
2  substantial progress on supervision by securing employment within a short period of time.  He
3  requests that the Court permit him to leave his home between the hours of 10:00 a.m. and 8:00
4  p.m. on Saturdays, and he further requests that pretrial services have the discretion to amend
5  these hours for good cause.  Pretrial services officer K.J. Gibson does not oppose this
6  modification.  The government also does not oppose this modification.

7          IT IS SO STIPULATED.

                                        MELINDA HAAG
                                        United States Attorney

10/12/12                                /s/
_____                     _____
DATED                                   RANDY LUSKEY
                                        Assistant United States Attorney


                                        GEOFFREY HANSEN
                                        Acting Federal Public Defender

10/12/12                                /s/
_____                     _____
DATED                                   RITA BOSWORTH
                                        Assistant Federal Public Defender


18      In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions
19  of release shall be modified such that the defendant shall be permitted to leave his residence
20  between the hours of 10:00 a.m. and 8:00 p.m. on Saturdays.  The hours shall be subject to
21  modification by Pretrial Services for good cause.  All other conditions of release shall remain in
22  place.

October 17, 2012                        /s/ Laurel Beeler
_____                     _____
DATED                                   LAUREL BEELER
                                        United States Magistrate Judge

*US v. Beall*, 12-545 JSW (LB)
STIP. & [PROPOSED] ORDER TO
MODIFY CONDITIONS OF RELEASE           2