STEVEN G. KALAR
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BEALL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JOSEPH BEALL, ) <br> ) <br> Defendant. ) <br> _____) | No. CR 12-545 JSW (LB) <br><br> FOURTH STIPULATION AND <br> [PROPOSED] ORDER TO MODIFY <br> CONDITIONS OF RELEASE |

      On August 9, 2012, defendant Joseph Beall was released on a $100,000 unsecured bond to reside in the third party custody of an individual who signed his bond. As a condition of release, Mr. Beall was placed on electronic monitoring. He was originally permitted to leave his residence for medical or legal visits only. On September 26, 2012, the Court modified Mr. Beall's conditions of release to permit him to leave his residence during weekdays for the primary purpose of securing employment. Since that condition took effect, Mr. Beall has secured employment at Labor Ready, a temporary employment agency. Mr. Beall reports to Labor Ready every morning at 5:30 a.m. and, if a work assignment is available, he works that day. If not, he returns home within his curfew hours. On October 17, 2012, the Court further modified Mr. Beall's conditions of release to permit him to leave his home between the hours of 10:00 a.m. and 8:00 p.m. on Saturdays to spend time with his friends and family. On November

1  21, 2012, the Court again modified Mr. Beall's conditions such that his curfew would be

2  extended on Thanksgiving and Christmas.

3      Mr. Beall now requests that the Court modify his conditions of release to extend his

4  curfew on to 10:00 p.m. on all days.  He has demonstrated his compliance with his conditions

5  and been rewarded with incremental grants of freedom.  The request to extend his curfew to

6  10:00 p.m. every day will permit him to continue working, spend time with family, and take care

7  of his personal affairs before he reports for his prison sentence next year.

8      Pretrial services officer K.J. Gibson does not oppose this modification.  The government

9  also does not oppose this modification.

10

11      IT IS SO STIPULATED.

12

13                                   MELINDA HAAG
                                 United States Attorney

14

15  12/3/12                                      /s/
_____                  _____
DATED                                   RANDY LUSKEY

16                                               Assistant United States Attorney

17

18                                   STEVEN G. KALAR
                                 Federal Public Defender

19

20  12/3/12                                      /s/
_____                  _____
DATED                                   RITA BOSWORTH

21                                               Assistant Federal Public Defender

22

23      In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions

24  of release shall be modified such that the defendant's curfew shall be extended to 10:00 p.m.  All

25

26  STIP. & [PROPOSED] ORDER TO MODIFY
CONDITIONS OF RELEASE *US v. Beall*, 12-
545 JSW (LB)                             2

other conditions of release shall remain in place.

December 4, 2012
DATED

[signature]
LAUREL BEELER
United States Magistrate Judge

STIP. & [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE *US v. Beall*, 12-545 JSW (LB)       3