1    STEVEN KALAR
     Federal Public Defender
2    RITA BOSWORTH
     Assistant Federal Public Defender
3    19th Floor Federal Building
     450 Golden Gate Avenue
4    San Francisco, CA 94102
     Telephone: (415) 436-7700
5
     Counsel for Defendant BEALL
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
     UNITED STATES OF AMERICA,        )    No. CR 12-545 JSW (LB)
11                                     )
                     Plaintiff,        )
12                                     )    FIFTH STIPULATION AND [PROPOSED]
     v.                                )    ORDER TO MODIFY CONDITIONS OF
13                                     )    RELEASE
                                       )
14   JOSEPH BEALL,                     )
                                       )
15                   Defendant.        )
     _____ )
16

17        On August 9, 2012, defendant Joseph Beall was released on a $100,000 unsecured bond

18   to reside in the third party custody of an individual who signed his bond. As a condition of

19   release, Mr. Beall was placed on electronic monitoring. He was originally permitted to leave his

20   residence for medical or legal visits only. His bond conditions have since been modified as

     follows:
21
     ●    9/26/12: the Court modified Mr. Beall's conditions of release to permit him to leave his
22
          residence during weekdays for the primary purpose of securing employment. Since that
23
          condition took effect, Mr. Beall has secured employment at Labor Ready, a temporary
24
          employment agency.
25
     ●    10/17/12: the Court further modified Mr. Beall's conditions of release to permit him to
26
          leave his home between the hours of 10:00 a.m. and 8:00 p.m. on Saturdays to spend time

1    with his friends and family.

2    ●    11/21/12: the Court modified Mr. Beall's conditions such that his curfew would be

3          extended on Thanksgiving and Christmas.

4    ●    12/4/12: the Court modified his conditions of release to extend his curfew on to 10:00

5          p.m. on all days.

6    ●    1/24/13: at the request of Pretrial Services, the Court removed the condition that Mr.

7          Beall be subject to electronic monitoring.

8          On January 24, 2013, Mr. Beall was sentenced to 51 months imprisonment.  He was

9    ordered to voluntarily surrender to his designated facility on March 29, 2013.  Mr. Beall comes

10   before the Court to request a modification of his conditions of release to permit him to travel out

11   of the Northern District of California, specifically to Reno, Nevada, for a wedding from February

12   22 to 24, 2013.  He will agree to provide his exact travel itinerary and lodging information to the

13   pretrial services officer for approval before traveling.

14         Mr. Beall has been in compliance with all his conditions of release, he has maintained

15   employment, he has tested negative for illegal substances, and he was granted voluntary

16   surrender by Judge White.

17         Pretrial services officer K.J. Gibson does not oppose this modification.  The government

18   also does not oppose this modification.

19

20         IT IS SO STIPULATED.

21                                                        MELINDA HAAG
                                                          United States Attorney
22
     2/4/13                                               /s/
23   _____                               _____
     DATED                                                RANDY LUSKEY
24                                                        Assistant United States Attorney

25

26   STIP. & [PROPOSED] ORDER TO MODIFY
     CONDITIONS OF RELEASE  *US v. Beall*, 12-
     545 JSW (LB)                              2

STEVEN G. KALAR
Federal Public Defender

2/4/13
_____                                      /s/
                                                           _____
DATED                                                      RITA BOSWORTH
                                                           Assistant Federal Public Defender


        In light of the parties' stipulation, it is hereby ORDERED that the defendant's conditions

of release shall be modified such that the defendant shall be permitted to travel outside of the

Northern District of California to Reno, Nevada, from February 22 to February 24, 2013.  The

defendant shall provide a copy of his itinerary and lodging information to pretrial services prior

to travel for approval.  All other conditions of release shall remain in place.



February 5, 2013
_____                                          _____
DATED                                                      LAUREL BEELER
                                                           United States Magistrate Judge

STIP. & [PROPOSED] ORDER TO MODIFY
CONDITIONS OF RELEASE  *US v. Beall*, 12-
545 JSW (LB)                              3